| | | | |
|---|---|---|---|
| Com. v. Rhodes | 1912 EDA 2016 Affirmed | 01/31/2017 | CP–46–CR–0008491– 2003 (Montgomery) |
| In the Interest of: W.E.A.O. | 3021 EDA 2016 Affirmed | 01/31/2017 | 11–2016–OA (Pike) |
| Com. v. Hixon | 306 MDA 2016 Affirmed | 01/31/2017 | CP–29–CR–0000192– 2014 (Fulton) |
| Com. v. Hubbard | 918 MDA 2016 Affirmed | 01/31/2017 | CP–22–CR–0000174– 2015 (Dauphin) |
| Com. v. Zuback | 923 MDA 2016 Affirmed | 01/31/2017 | CP–18–CR–0000279– 2013 (Clinton) |
| A.M.H. v. J.K. | 951 MDA 2016 Vacated and Remanded | 01/31/2017 | 2014–00115 (Susquehanna) |
| S.E.M. v. A.C.M. | 1118 MDA 2016 Affirmed | 01/31/2017 | 11–00132 PACSES# 831112601 (Perry) |
| Com. v. Howard | 88 WDA 2016 Vacated and Remanded | 01/31/2017 | CP–02–CR–0005895– 2014 (Allegheny) |
| Davis v. NVR, Inc. | 492 WDA 2016 Affirmed | 01/31/2017 | No. GD–12–17475 No. GD–13–001235 (Allegheny) |
| Weiss v. Lieber | 666 WDA 2016 Affirmed | 01/31/2017 | GD 10–024404 (Allegheny) |
| Com. v. Phillips | 767 WDA 2016 Affirmed | 01/31/2017 | CP–02–CR–0002048– 2013 (Allegheny) |
| Com. v. Clark | 770 WDA 2016 Affirmed | 01/31/2017 | CP–65–CR–0003571– 2002 (Westmoreland) |